

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2016

No. 04-16-00327-CV

Maxine **ADAMS** and Cecil Adams,
Appellants

v.

Christopher **PRINE**,
Appellee

From the 269th District Court, Harris County, Texas
Trial Court No. 2014-35653-a
Honorable Dan Hinde, Judge Presiding

# O R D E R

By order dated June 10, 2016, appellants were ordered to provide written proof that any supplemental clerk's and reporter's records necessary for the resolution of this appeal were requested and payment arrangements for the preparation of any such records were made. On June 24, 2016, appellants responded and provided the court with notice that a supplemental clerk's record had been requested and payment arrangements were made. On June 27, 2016, a supplemental clerk's record was filed. Accordingly, the appellate record is complete. Appellant's brief must be filed no later than July 27, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court